# EXHIBIT A

US007819220B2

(12) **United States Patent**
Sunsdahl et al.

(10) Patent No.: **US 7,819,220 B2**
(45) **Date of Patent:** **Oct. 26, 2010**

(54) **SIDE-BY-SIDE ATV**

(75) Inventors: **Richard Larry Sunsdahl**, Roseau, MN (US); **Aaron David Deckard**, Lindstrom, MN (US); **Marcus Johannes Tullemans**, Eden Prairie, MN (US); **Richard E. Eck**, Minneapolis, MN (US); **Jason Carl Plugge**, Coon Rapids, MN (US); **Alan A. Meyer**, Chisago City, MN (US); **Laurie Jean Rengel**, Maple Grove, MN (US); **Geoffrey G. White**, Norway, MI (US); **Thomas Samuel Parks McCoubrey**, Ste. Anne (CA); **Brian Michael Safranski**, Strandquist, MN (US)

(73) Assignee: **Polaris Industries Inc.**, Medina, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 923 days.

(21) Appl. No.: **11/494,891**

(22) Filed: **Jul. 28, 2006**

(65) **Prior Publication Data**

US 2008/0023249 A1      Jan. 31, 2008

(51) **Int. Cl.**
**B62D 21/03**      (2006.01)

(52) **U.S. Cl.** ...................................... **180/312**; 280/781

(58) **Field of Classification Search** ................. 180/312, 180/68.2, 89.1, 311, 90.6; 280/775, 781
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,331,464 | A | * | 7/1967 | Van Doorne ................ 180/244 |
| 3,366,411 | A | * | 1/1968 | Vittone ........................ 296/204 |
| 4,217,970 | A | * | 8/1980 | Chika ........................... 180/298 |
| 4,561,323 | A | | 12/1985 | Stromberg |
| 4,934,737 | A | | 6/1990 | Nakatsuka |
| 5,147,003 | A | * | 9/1992 | De Monclin ................ 180/14.2 |
| 5,234,247 | A | * | 8/1993 | Pacer ........................... 296/91 |
| 5,251,713 | A | * | 10/1993 | Enokimoto ................ 180/68.4 |
| 5,327,989 | A | * | 7/1994 | Furuhashi et al. ........... 180/248 |
| 6,412,585 | B1 | * | 7/2002 | DeAnda ..................... 180/291 |
| 6,467,787 | B1 | | 10/2002 | Marsh |
| 6,799,779 | B2 | | 10/2004 | Shibayama |
| 6,799,781 | B2 | | 10/2004 | Rasidescu et al. |
| 7,168,516 | B2 | * | 1/2007 | Nozaki et al. ............. 180/68.3 |
| 7,367,247 | B2 | * | 5/2008 | Horiuchi et al. ........... 74/606 R |
| 7,396,066 | B2 | * | 7/2008 | Houston ....................... 296/69 |
| 7,510,199 | B2 | * | 3/2009 | Nash et al. ........... 280/124.135 |
| 2004/0031639 | A1 | * | 2/2004 | Deves et al. ................ 180/311 |
| 2004/0195034 | A1 | * | 10/2004 | Kato et al. .................. 180/312 |
| 2004/0195797 | A1 | | 10/2004 | Nash et al. |
| 2005/0161934 | A1 | * | 7/2005 | Rife et al. ................... 280/831 |
| 2005/0173180 | A1 | * | 8/2005 | Hypes et al. ................ 180/292 |

(Continued)

OTHER PUBLICATIONS

International Searching Authority/Stierman, Ernst, European Patent Office, International Search Report & Written Opinion PCT/US2006/048369, Aug. 16, 2007, 11 pages.

(Continued)

*Primary Examiner*—Paul N Dickson
*Assistant Examiner*—Karen Jane J Amores
(74) *Attorney, Agent, or Firm*—Baker & Daniels LLP

(57) **ABSTRACT**

The present invention relates to all terrain vehicles having at least a pair of laterally spaced apart seating surfaces. More particularly, the present invention relates to trail compliant side-by-side all terrain vehicles.

**14 Claims, 27 Drawing Sheets**



**US 7,819,220 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2005/1017317 | 8/2005 | Snith et al. |
| 2005/0279541 A1* | 12/2005 | Peters ....................... 180/65.1 |
| 2005/0280254 A1* | 12/2005 | Ervin .......................... 280/781 |
| 2006/0032690 A1* | 2/2006 | Inomoto et al. ............. 180/229 |
| 2006/0180383 A1* | 8/2006 | Bataille et al. .............. 180/311 |
| 2006/0219463 A1* | 10/2006 | Seki et al. ................... 180/311 |
| 2007/0024044 A1* | 2/2007 | Ogawa et al. ............... 280/788 |
| 2008/0023240 A1 | 1/2008 | Sunsdahl |
| 2008/0023249 A1* | 1/2008 | Sunsdahl et al. ............ 180/312 |
| 2009/0178871 A1* | 7/2009 | Sunsdahl et al. ............ 180/233 |

## OTHER PUBLICATIONS

International Preliminary Report on Patentability for PCT/US2006/048369 issued by the European Patent Office dated Nov. 11, 2008.
Deere & Company, Operator's Manual, 36 pages.
Deere & Company, company website, Copyright 1996-2006, 2 pages for 1400 & 1500 Series II Front Mowers.
Ray Sedorchuk, New for 2004, Yamaha Rhino 660 4x4, ATV Connection Magazine, Copyright 1996-2005, 4 pages, Internet webpage.
Yamaha, company website, Copyright 2006, 4 pages for 2006 Rhino 450 Auto 4x4.
Yamaha, company website, Copyright 2006, 4 pages for 2006 Rhino 660 Auto 4x4 Special Edition.

Yamaha, company website, Copyright 2006, 4 pages for 2006 Rhino 660 Auto 4x4.
Yamaha, company website, Copyright 2006, 13 product pages for 2006 Rhino 660 Auto 4x4 Exploring Edition.
Arctic Cat, company website, 9 product pages for Prowler XT H1.
Clubcar, company website, 2 product pages for XRT 1500 SE.
Honda Hippo 1800 New Competition for Yamaha's Rhino, Dirt Wheels Magazine, Apr. 2006, pp. 91-92.
Buyer's Guide supplement, 2006 Kart Guide, 6 pages, Powersports Business Magazine.
Polaris Industries, Inc., 2005-2006 Ranger XP and 2006 Ranger 6x6 EFI Owners Manual, Chapter 2, "Maintenance." pp. 2.1-2.36.
Drawing of the 2004 Polaris Ranger. Polaris Sales, Inc., 2003.
European Patent Office—International Searching Authority, International Search Report and Written Opinion for PCT/US2006/048306, Nov. 24, 2009, 6 pages, Munich.
Office Action (Restriction Requirement), dated Jun. 18, 2009 for corresponding U.S. Appl. No. 11/494,890.
Non-final Office Action dated Dec. 31, 2009 for corresponding U.S. Appl. No. 12/409,176.
Response to Non-final Office Action filed Mar. 18, 2010 for corresponding U.S. Appl. No. 12/409,176.
List of pending claims for corresponding U.S. Appl. No. 11/494,890.
List of pending claims for corresponding U.S. Appl. No. 12/409,176.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



**FIG. 6**





FIG. 9



FIG. 10



**FIG. 11**



**FIG. 12**



FIG. 13



FIG. 14



FIG. 15



FIG. 18

FIG. 17

FIG. 16



**FIG. 19**



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



**FIG. 25**



FIG. 26



FIG. 27



**FIG. 28**



FIG. 29



**FIG. 30**

US 7,819,220 B2

1

### SIDE-BY-SIDE ATV

#### FIELD OF THE INVENTION

The present invention relates to side-by-side all terrain vehicles having at least a pair of laterally spaced apart seating surfaces. More particularly, the present invention relates to trail compliant side-by-side all terrain vehicles.

#### BACKGROUND OF THE INVENTION

Generally, all terrain vehicles ("ATVs") and utility vehicles ("UVs") are used to carry one or two passengers and a small amount of cargo over a variety of terrains. Due to increasing recreational interest in ATVs, specialty ATVs, such as those used for trail riding, racing, and cargo hauling have entered the market place. Most ATVs include seating for up to two passengers which are either seated side-by-side or with the passenger positioned behind the driver of the ATV. Side-by-side ATVs, in which the driver and passenger are seated beside each other on laterally spaced apart seats, have become popular because of the ability to allow the passenger to share the driver's viewpoint and riding experience instead of being positioned behind the driver. Due to the side-by-side seating arrangement, most side-by-side ATVs have a width of at least 54 inches (137 centimeters). Increasing numbers of ATV riders are enjoying recreational trail riding through public lands including state parks and national forests. Most trails on such public lands have a mandated maximum width requirement to limit damage to the environment. For example, most parks have established a maximum trail width of about 50 inches, making the use of most side-by-side ATVs on trails unacceptable or impractical.

#### SUMMARY OF THE INVENTION

According to an illustrative embodiment of the present disclosure, an all-terrain vehicle is shown which includes a frame, an engine supported by the frame, a transmission supported by the frame. A pair of front wheels, and a pair of rear wheels are operably coupled to the frame. A pair of laterally spaced-apart seating surfaces are supported by the frame. A pair of outermost lateral points of the vehicle define a vehicle width less than 54 inches.

According to a further illustrative embodiment of the present disclosure, an all-terrain vehicle is shown which includes a frame, an engine supported by the frame, and a transmission supported by the frame. A pair of front wheels, and a pair of rear wheels are operably coupled to the frame. A pair of laterally spaced-apart seating surfaces are supported by the frame. A pair of outermost lateral points of the vehicle define a trail compliant vehicle width.

According to a further illustrative embodiment of the present disclosure, an all-terrain vehicle includes a frame and a pair of laterally spaced-apart seating surfaces supported by the frame. The all-terrain vehicle further includes a pair of front wheels, and a pair of rear wheels spaced-apart from the pair of front wheels by a wheelbase distance. The pairs of front and rear wheels are adapted to support the frame above a ground surface. The laterally spaced-apart seating surfaces are supported above the ground surface by a seat height distance. The all-terrain vehicle defines a ratio of the wheelbase distance to the seat height distance of at least 6.0 to 1.

The above mentioned and other features of this invention, and the manner of attaining them, will become more apparent and the invention itself will be better understood by reference

2

to the following description of embodiments of the invention taken in conjunction with the accompanying drawings.

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of one embodiment of a side-by-side ATV;

FIG. 2 is a profile view of the side-by-side ATV shown in FIG. 1;

FIG. 3 is a front view of the ATV shown in FIGS. 1 and 2;

FIG. 4 is a top plan view of the side-by-side ATV shown in FIGS. 1 through 3;

FIG. 5 is a partial perspective view of the cab area of the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 6 is a partial profile view of the cab area shown in FIG. 5;

FIG. 7 is a partial perspective view of one embodiment of a guard rail that may be used on a side-by-side ATV, such as the side-by-side ATV shown in FIG. 1;

FIG. 8 is another embodiment of a guard rail that may be used on a side-by-side ATV, such as the side-by-side ATV shown in FIG. 1;

FIG. 9 is a bottom plan view of the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 10 is a partially exploded, perspective view of the front end of the ATV shown in FIGS. 1 through 4;

FIG. 11 is a partially exploded, perspective view similar to FIG. 10 showing hood mounting details;

FIG. 12 is a cross-sectional view illustrating the hood mounting with the hood partially removed from the front panel;

FIG. 13 is a cross-sectional view similar to FIG. 12 with the hood coupled to the front panel;

FIG. 14 is a rear perspective view of the frame and the modular engine assembly of the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 15 is a partially exploded, rear perspective view of the frame and modular engine assemblies shown in FIG. 14;

FIG. 16 is an exploded perspective view of one embodiment of an engine mounting assembly that may be used on an ATV such as the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 17 is an exploded perspective view of another embodiment of an engine mounting assembly that may be used on an ATV such as the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 18 is an exploded perspective view of yet another embodiment of an engine mounting assembly that may be used on an ATV such as the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 19 is a partial front perspective view of the bottom side of the drive train components of the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 20 is a partially exploded rear view of components of the frame and rear suspension system of the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 21 is a rear view of the frame and suspension system of the ATV shown in FIG. 20;

FIG. 22 is a partial rear perspective view of a steering mechanism and front axle assembly that may be used on an ATV such as the side-by-side ATV shown in FIGS. 1 through 4;

FIG. 23 is a partial front perspective view of the steering mechanism and front axle assembly of the ATV shown in FIG. 22;

3

FIG. **24** is a partial perspective view of one embodiment of a braking assembly that may be used on an ATV such as the side-by-side ATV shown in FIGS. **1** through **4**;

FIG. **25** is an elevated rear perspective view of the engine and clutch cooling components of the side-by-side ATV shown in FIGS. **1** through **4**;

FIG. **26** is a partial rear view of the engine and clutch cooling components shown in FIG. **25**;

FIG. **27** is a partial perspective view of the driver's side foot well area of the ATV shown in FIGS. **1** through **4**;

FIG. **28** is an partial exploded view of a steering assembly that may be used on an ATV such as the side-by-side ATV shown in FIGS. **1** through **4**;

FIG. **29** is a side elevational view of the steering assembly of FIG. **28**, showing the steering wheel in various tilted positions; and

FIG. **30** is a partial perspective view of an adjustable grab bar that may be used on an ATV such as the side-by-side ATV shown in FIGS. **1** through **4**.

Corresponding reference characters indicate corresponding parts throughout the several views. Although the drawings represent embodiments of the present invention, the drawings are not necessarily to scale and certain features may be exaggerated in order to better illustrate and explain the present invention.

DETAILED DESCRIPTION OF EMBODIMENTS
OF THE INVENTION

The embodiments disclosed below are not intended to be exhaustive or to limit the invention to the precise forms disclosed in the following detailed description. Rather, the embodiments are chosen and described so that others skilled in the art may utilize their teachings. For example, while the following description refers primarily to a ATV, certain features described herein may be applied to other applications such as UVs, snowmobiles, motorcycles, mopeds, etc.

Referring initially to FIG. **1**, one illustrative embodiment of side-by-side ATV **10** is shown. ATV **10** includes front end **12** and rear end **14**, and a frame **15** which is supported above the ground surface by a pair of front tires **22a** and wheels **24a** and a pair of rear tires **22b** and wheels **24b**. ATV **10** includes a pair of laterally spaced-apart upper and lower seating surfaces **18a**, **18b** and **20a**, **20b**, respectively. The upper seating surfaces **18a**, **18b** are configured to support the backs of sitting riders, while the lower seating surfaces **20a**, **20b** are configured to support the buttocks of sitting riders. In the illustrative embodiment, upper and lower seating surfaces **18a**, **18b**, and **20a**, **20b** form a bucket seat arrangement, however a bench style seat or any other style of seating structure may be used. Upper and lower seating surfaces **18** and **20** are positioned within cab **17** of ATV **10**.

Protective cage **16** extends over cab **17** to assist in preventing injury to passengers of ATV **10** from passing branches or tree limbs, as well as, may act as a support in the event of a vehicle rollover. As shown in FIGS. **1** through **4**, protective cage **17** narrows as it extends upwardly to allow the driver and passenger easier entry and exit of cab **17**. Additionally, in some embodiments a cover including one or more of a roof, windshield and doors (not shown) may be attached to the protective cage **16** to block weathering elements such as wind, rain or snow. Cab **17** also includes front console **31**, adjustable steering wheel **28**, and shift lever **29**. Front console **31** may include a tachometer, speedometer, or any other suitable instrument. Front end **12** of ATV **10** includes front panel **67**, hood **32**, and front suspension assembly **26**. Front suspension assembly **26** pivotally couples front wheels **24** to

4

ATV **10**. Rear end **14** of ATV **10** includes engine cover **19** which extends over modular engine assembly **34**, as shown in FIGS. **2**, **14**, and **15**. Modular engine assembly **34** is illustratively positioned completely behind upper and lower seating surfaces **18a**, **18b**, and **20a**, **20b**.

As shown in FIG. **2**, front wheels **24** are supported for rotation by front axle **36**. Similarly, rear wheels **24b** are supported for rotation by rear axle **38**. In the illustrative embodiment shown in FIG. **2**, wheelbase A, which extends between the center of front axle **36** and the center of rear axle **38**, is equal to about 77 inches (195.6 centimeters). Seat height B is equal to the distance between a low point **21** of lower seating surfaces **20** and a bottom of the frame **15** when ATV **10** is at rest. In the illustrative embodiment, seat height B is equal to about 11.75 inches (29.8 centimeters). In the illustrative embodiment, the ratio of the wheelbase to the seat height, or distance A to distance B, is about 6.55 to 1. In other embodiments, not shown, the ratio of the wheelbase to the seat height may be equal to other suitable ratios, however the present invention contemplates ATVs having a ratio of wheelbase to seat height greater than about 6.0 to 1. A wheelbase to seat height ratio greater than about 6.0 to 1 facilitates a relatively low vehicle center of gravity and further provides improved ergonomics, handling, and space utilization.

Referring now to FIGS. **3** and **4**, a front view and top plan view of ATV **10** is shown. In the illustrative embodiment, width C, which is defined as the overall width of ATV **10**, extends between the outermost lateral points of ATV **10**. In the illustrative embodiment, outer surfaces of tires **22** on the front and rear ends of ATV **10** define the outermost points. In other embodiments, width C may be measured from the outer fenders of front panel **67**. It may be appreciated that width C may be defined by both the outer surfaces of tires **22** and fenders of front panel **67**, should the respective dimensions be substantially equal. In the illustrative embodiment, width C is about 50 inches. In other embodiments, ATV **10** may be constructed to other suitable widths, however the present invention contemplates ATVs having a trail compliant width or less than about 54 inches.

Referring now to FIG. **5**, a partial view of cab **17** of ATV **10** is shown. Lower seating surfaces **20** are coupled to base **41** of ATV **10**. Foot well area **40** extends below base **41** and encloses each passenger's feet and lower leg portions. Foot well area **40** includes floorboard **42** and side panel **46** on each side of ATV **10**. Floorboard **42** includes an aperture **44** positioned to allow fluid to drain out of floorboard **42**. Side panel **46** extends upwardly from floorboards **42** on each side of ATV **10**. In the illustrative embodiment, side panels **46** extend upward about 4 inches (10.2 centimeters) from floorboards **42**, however side panels **46** may be constructed to any suitable height. Side panels **46** and foot well areas **40** prevent the feet and lower leg portions of the driver and passenger of ATV **10** from moving outside of cab **17** when ATV **10** is in motion, for example when traversing rough terrain. In other embodiments (not shown), side panels **46** may be removed to allow easier entry and exit into cab **17** of ATV **10**.

Referring now to FIG. **7**, an illustrative embodiment of a side-by-side ATV **48** is shown. ATV **48** includes driver's side seat **49**, side panel **52**, and engine cover **54**. Tube **56** extends upward from engine cover **54** to form protective cage **16**. Seat guard **50** is coupled between engine cover **54** and side panel **52** to prevent a passenger positioned on seat **49** from sliding laterally off of seat **49** during vigorous driving. Additionally, seat guard **50** may provide protection against passing external obstacles. Seat guard **50** may also be included on the passenger's side of ATV **48**.

US 7,819,220 B2

5

Referring now to FIG. **8**, another illustrative embodiment of ATV **48** is shown including an additional safety bar **58**. In this embodiment, safety bar **58** couples between tube **56** and seat guard **50** to further enclose a passenger in the cab area of ATV **48**. Additionally, safety bar **58** may be used as a handle when entering or exiting ATV **48**. Safety bar **58** may also be included on the passenger's side of ATV **48**. Additionally, there may be a panel or restrictive member, such as a mesh netting, placed between one or more of seat guard **50**, safety bar **58**, tube **56** and side panel **52** to further restrict the driver's or passenger's appendages from exiting the vehicle during vigorous driving.

Referring now to FIG. **9**, an illustrative bottom plan view of ATV **10** is shown. For simplicity, the floorboards and bottom side shielding have been removed. In this embodiment, driver's side **65** of ATV **10** is shown on the upper portion of FIG. **9** and passenger's side **63** is shown on the lower portion of FIG. **9**. Longitudinal axis **66** separates driver's side **65** from passenger's side **63** and defines the longitudinal center line of ATV **10**. In this embodiment, various relatively heavy components are positioned vertically proximate the frame **15** to lower the vehicle's center of gravity, thereby improving balance and stability. For example, fuel tank **62** is positioned under lower seating surface **20***b* on passenger's side **63** of ATV **10**. Fuel tank **62** is supported by frame **15**. As shown, fuel tank **62** is L-shaped, however any suitably shaped fuel tank may be used. Positioning fuel tank **62** on passenger's side **63** improves the balance of ATV **10** when only a driver is present on driver's side **65** of ATV **10**. Battery **64** is positioned under lower seating surface **20***a* on driver's side **65** of ATV **10**. In this embodiment, battery **64** is positioned near axis **66** and relatively low on the ATV **10**, thereby improving balance. Positioning of battery **64** near the seating surface **20***a* also allows for easier serviceability and for reduced routing of lines to the engine assembly **34**. As also shown in FIG. **9**, the driveshaft **146** is shown positioned intermediate the seat surfaces **20***a* and **20***b*.

Referring now to FIGS. **10-13**, front end **12** of ATV **10** is shown in greater detail. Front end **12** includes hood **32**, which may be removably coupled to front panel **67**. As illustrated, a hood mounting assembly includes a pair of plungers or pegs **95** which are removably received within cylindrical grommets **97**. Plungers **95** are fixed near the rear corners of the hood **32**, while grommets **97** are fixed to the front panel **67** near the rear corners of a storage area **68**. In this embodiment, plungers **95** and grommets **97** are illustratively formed of steel and a resilient material (such as an elastomer), respectively, however any suitable material may be used. The front of hood **32** includes a plurality of flanges **99***a* which are configured to cooperate with a lip **99***b* formed within front panel **67**, thereby defining a releasable hinge.

In this illustrative embodiment, storage area **68** and access panel **61** are positioned under hood **32**. Storage area **68** may receive a tool kit, cargo net or any other suitable vehicle accessory for ATV **10**. Access panel **61** may include any suitable engine or vehicle maintenance port or terminal, such as a radiator fill cap, battery charging terminals, oil fill plug, or transmission fill plug.

Referring now to FIG. **14**, one illustrative embodiment of frame **15** of a side-by-side ATV such as ATV **10** shown in FIG. **1** is shown. Frame **15** includes inner rails **72**, front crossmember **71**, mid crossmember **73**, and rear crossmember **77**. Frame **15** also includes outer tubes **70** that define the outermost width of frame **15**. Rear assembly **92** is coupled to upper frame rails **90** and cross-member **77** and is described in more detail below. The portion of frame **15** between mid crossmember **73** and rear crossmember **77** supports modular

6

engine assembly **34** of ATV **10**. In this embodiment, modular engine assembly **34** may include a transmission **132** such as a continuously variable transmission, and a rear differential **132** prior to being installed in frame **15**, as shown in FIG. **15**.

Referring to FIGS. **14** and **15**, inner rails **72** of frame **15** are coupled together on a front end by crossmember **71** and on the rear end by rear crossmember **77**. Brackets **76** couple upper frame tubes **88**, upper frame rails **90**, vertical tubes **74**, and outer tubes **70** together on each side of ATV **10**. Outer tubes **70** are coupled to inner rails **72** by brackets **69**. Vertical tubes **74** are coupled on a lower end to inner rails **72**. Upper frame tubes **88** are coupled to support tubes **83** which are coupled on a lower end to inner rails **72**. Upper frame rails **90** are coupled on a rear end to cross tube **91**.

As shown in FIG. **15**, modular engine assembly **34** may be preassembled before being installed in frame **15**. During the construction of frame **15**, upper brace **78** is attached to frame **15** to provide dimensional stability during welding. During installation of modular engine assembly **34**, upper brace **78** is removed from frame **15** and modular engine assembly **34** is placed on frame **15**. Upper brace **78** is then reattached to frame **15**. More particularly, after modular engine assembly **34** is positioned between upper frame rails **90** in frame **15**, as shown in FIG. **14**, upper brace **78** may be installed.

Upper brace **78** includes outer brackets **86**, rear bracket **84**, crossmember **80** and angular members **82**. Angular members **82** are coupled together on an end by bracket **84** and on an opposing end by crossmember **80**. Each bracket **86** is substantially U-shaped and includes apertures **85**. U-shaped brackets **86** are adapted to overlap upper frame tubes **88**. Apertures **85** in brackets **86** and apertures **87** in upper frame tubes **88** align and accept fasteners to secure upper brace **78** to upper frame tubes **88**. Bracket **84** includes apertures **81** which align with aperture **89** in cross tube **91** and may be secured using any suitable fasteners.

In this embodiment, modular engine assembly **34** is mounted on frame **15** of ATV **10** using a three position mounting system to allow modular engine assembly **34** to be dropped into frame **15** and bolted or attached as one unit. Illustrative embodiments of each of the three mounting assemblies are shown in FIGS. **16** through **18**. Referring now to FIG. **16**, mounting system **94** positioned on the driver's side of modular engine assembly **34** and frame **15** is shown. Bracket **96** is mounted to modular engine assembly **34** prior to installation of modular engine assembly **34** in frame **15**. Lower bracket **102** is coupled to rail **75** of frame **15** and receives mounting plate **100**. Mounting plate **100** is coupled to bracket **102** by fasteners **104**.

During installation of modular engine assembly **34** into frame **15**, bracket **96** is aligned with mounting plate **100** and fastener **98** is positioned in an aperture in bracket **96** and aperture **101** of mounting plate **100** to secure bracket **96** and modular engine assembly **34** to frame **15**. Similarly, mounting assembly **120**, as shown in FIG. **18**, is positioned on the passenger's side of modular engine assembly **34** and frame **15**. Bracket **128** is coupled to frame **15**. Mounting plate **126** is coupled to bracket **128** by fasteners **130**. Bracket **122** is coupled to the passenger's side of modular engine assembly **34** and is positioned such that an aperture in bracket **122** aligns with central aperture **127** of mounting plate **126** when modular engine assembly **34** is installed in frame **15**. Fastener **124** extends through the aperture in bracket **122** and aperture **127** in mounting plate **126** to secure modular engine assembly **34** to frame **15**.

Modular engine assembly **34** is also mounted to frame **15** by a third mounting assembly shown in FIGS. **14** and **17**. Mounting assembly **106** includes bracket **108**, side plates

7

116, and mounting plate 114. Bracket 108 couples to brackets 93 of rear assembly 92. Bracket 108 includes vertically extending plates 110 and is coupled to brackets 93 by extending fasteners (not shown) through apertures 109. Side plates 116 are coupled to rear differential 132 of engine assembly 34. Mounting plate 114 is coupled between side plates 116 by fasteners 118. During installation of modular engine assembly 34 in frame 15, vertically extending plates 110 of bracket 108 are positioned one each side of mounting plate 114. Fastener 112 is then positioned through apertures in vertically extending plates 110 and aperture 115 of mounting plate 114 to secure modular engine assembly 34 in frame 15.

Referring now to FIG. 19, a partial forward-facing, bottom side perspective view of the drivetrain components of ATV 10 is shown. Modular engine assembly 34 includes engine 133, transmission 136, and rear differential 132. In this embodiment, the crankshaft (not shown) of engine 133 is parallel with the fore/aft direction of ATV 10 and provides for a narrower overall vehicle width and improved center of gravity of ATV 10. In this embodiment, engine 133 is a 760 cc engine producing about 50 horsepower. Engine 133 produces excellent acceleration characteristics and responsiveness. ATV 10 weighs about 950 pounds (430.9 kilograms) and has a power to weight ratio of about 0.053/1 (horsepower/pound). Any suitable engine may be used in ATV 10, and ATV 10 may be constructed to any suitable weight, however the present invention contemplates ATVs having a power to weight ratio of at least 0.045/1 (horsepower/pound).

Rear differential 132 of modular engine assembly 34 is directly coupled to transmission 136 by housing 148 to maintain center distances and allow for easy assembly. In this illustrative embodiment, rear differential 132 is an electric rear lockable differential, however any suitable rear differential or rear axle may be used. Output shaft 138 extends outward from transmission 136 toward the front of ATV 10 and rotates to power front wheels 24a of ATV 10. In this embodiment, ATV has on-demand all-wheel drive with switchable backdrive, however any suitable drivetrain such a two-wheel drive or four-wheel drive may be used.

As shown in FIG. 19, output shaft 138 extends under protective panel 134. Protective panel 134 is positioned behind upper and lower seating surfaces 18a, 18b and 20a, 20b and protects passengers in ATV 10 from moving parts of modular engine assembly 34, as well as, assists in shielding from noise. The extending end of output shaft 138 includes splined portion 140 which is adapted to engage the interior circumference of coupler 142. Coupler 142 is coupled to universal joint 144. Universal joint 144 connects coupler 142 to front drive shaft 146 which powers the front wheels of ATV 10 through a front differential 147 (FIG. 1) and through front axle half shafts 206 (FIG. 22). Coupler 142 may move in a fore and aft direction on splined portion 140 of output shaft 138 while remaining engaged with splined portion 140. During vigorous driving, front drive shaft 146 may move in the fore and aft direction causing coupler 142 to slide longitudinally on splined portion 140 of output shaft 138 while front drive shaft 146 remains rotationally coupled with output shaft 138.

Referring now to FIGS. 20 and 21, components of the rear suspension of ATV 10 is shown. Rear frame assembly 92 is formed by down tubes 105, vertical tubes 107, rear brackets 160, front brackets 162, lower tubes 180, and cross tubes 182 and 184. Down tubes 105 are coupled to upper frame rails 90 and extend rearward. Lower tubes 180 are coupled to rear crossmember 77 on one end. The opposing ends of lower tubes 180 are coupled together by cross tube 182. Cross tube 182 supports hitch 164 which may be used to couple to a

8

trailer or other device for towing behind ATV 10. The lower ends of down tubes 105 are coupled together by cross tube 184. Front brackets 162 and rear brackets 160 extend between lower tubes 180 and down tubes 105. Vertical tubes 107 extend downward from upper frame rails 90 and couple to down tubes 105. Each down tube 105 includes bracket 186. Similarly, each vertical tube 107 includes bracket 176.

Rear wheels 24b include inner hub assemblies 25. The lower ends of upper and lower control arms 172 and 170 are coupled to inner hub assemblies 25 of rear wheels 24b. The lower ends of dampeners 168 are also coupled to inner hub assemblies 25. The upper ends of upper and lower control arms 172 and 170 are pivotally coupled to front and rear brackets 162 and 160 on each side of ATV 10. Upper ends 178 of dampeners 168 are coupled to brackets 176 on vertical tubes 107. Stabilizer or torsion bar 174 is coupled to inner hub assemblies 25 by rods 171. More particularly, rods 171 have upper ends connected to opposing ends of torsion bar 174 and lower ends connected to lower control arms 170. Torsion bar 174 is coupled to brackets 186 on down tubes 105 and provides a torsional transverse connection between the lower control arms 170 of rear wheels 24b.

Rear wheels 24b may move vertically in an independent manner along a path defined by upper and lower control arms 172 and 170. For example, when ATV 10 encounters rough terrain, rear wheels 24b may move upward and downward to maintain contact with a ground surface. By positioning brackets 176, which couple to dampeners 168, on vertical tubes 107 of frame 15, the load path generated when rear wheels 24b move upward is translated through vertically orientated frame members (vertical tubes 107) of frame 15. Additionally, torsion bar 174 provides interaction between the independent suspensions of the rear wheels 24b through respective control arms 170. As known in the art, during a turn, torsion bar 174 resists deflection of an outer rear wheel 24b due to centrifugal force by transmitting deflection to the inner rear wheel 24b. These elements may improve the ride and handling characteristics of ATV 10.

Referring now to FIGS. 22-24, components of the front suspension, including right front brake assembly 199 are shown. Front frame assembly 203 includes front tubes 204 coupled to an upper crossmember 205. Rear tubes 207 are positioned rearwardly of the front tubes 204 and are coupled to angled braces 209 and crossmember 71 (FIG. 14). Upper brackets 211 are supported by front tubes 204 and braces 209, while lower brackets 213 are supported by lower tubes 215. The lower ends of upper and lower control arms 210 and 212 couple to inner hubs 25 of wheels 24a. Lower ends of steering arms 208 (commonly called tie rods), and dampeners 217 are also coupled to inner hubs of wheels 24a. The upper ends of upper and lower control arms 210 and 212 are pivotally coupled to lower brackets on each side of ATV 10. Upper ends of dampeners 217 are pivotally coupled to bracket 223 extending between rear tubes 207. The control arms 210, 212 and dampeners 217 cooperate to define independent front suspensions for the right and left front wheels 24a. More particularly, front wheels 24a may move vertically in an independent manner along a path defined by upper and lower control arms 210 and 212.

With further reference to FIGS. 22 and 23, a stabilizer or torsion bar 214 is coupled to front tubes. Links or rods 219a and 219b are operably coupled to opposing left and right ends of torsion bar 214, illustratively through left and right clamps 225a and 225b and torque bars 221a and 221b, respectively. Rods 219 are coupled to inner hub assemblies 25 of right and left front wheels 24a through upper control arms 210. In use, when a force is exerted on one of the right and left front

9                                                                    10

wheels 24a during vehicle travel, the front suspension may transmit a corresponding force on the other of the left and right front wheel 24a. For example, when an upward force is exerted on the left front wheel 24a due to, e.g., a bump or a turn, the corresponding upper and lower control arms 210 and 212 may move upward relative to the ATV 10. Such upward movement may urge the corresponding rod 219a upward, which may cause the corresponding end of the left torque bar 221a to move upward. The left torque bar 221a may act as a lever, exerting a torque on the left end of the torsion bar 214.

The torsion bar 214 may include a torque transfer regulator (not shown), which determines how much of the torque exerted by the left torque bar 221a (or right torque bar 221b) is transferred to the right torque bar 221b (or left torque bar 221a). Clamps 225a and 225b may be repositioned or moved along torque bars 221a and 221b to change the suspension effect. In the current example, upward movement of the left torque bar 221a may cause upward movement of the right torque bar 221b, thereby urging the right rod 219b and connected control arms 210 and 212 upward. The upward movement of the right control arms 210 and 212 may exert an upward force on the right front wheel 24a. Thus, the front suspension may exert on the right front wheel 24a a portion of the upward force that a travel surface exerts on the left front wheel 24a. While the current example involved a force exerted by the travel surface on the left front wheel 24a, the front suspension may operate in a similar manner when a force is exerted by the travel surface on the right front wheel 24a. An illustrative embodiment torsion bar is disclosed in U.S. patent application Ser. No. 11/340,301, filed Jan. 26, 2006, which is expressly incorporated by reference herein.

For simplicity, only front brake assembly 199 is shown in FIGS. 22 and 23, however a similar brake assembly may be used for each wheel 24 of ATV 10. Front brake assembly 199 is coupled to inner hub 25 of wheel 24. Front axle 206 is supported by inner hub assembly 25. As detailed above, upper control arms 210, lower control arms 212, and steering arms 208 couple to inner hubs 25 of wheels 24a. Steering arm 208 is positioned above and rearward of front axle 206 to allow caliper bracket 201 and caliper 200 to be positioned rearward or on the back side of front axle 206. Control arm 210 is positioned above steering arm 208 to facilitate the relative positioning of steering arm 208 and hence, caliper bracket 201 and caliper 200. Caliper bracket 201 and brake disc 202 are also coupled to inner hub 25 of wheel 24. Brake caliper 200 is coupled to the back or rearward facing end of caliper bracket 201. The placement of brake caliper 200 on the rearward facing end of caliper bracket 201 prevents mud and debris from piling up on top of caliper 200 as tire 22 rotates forward or counterclockwise. Placement of caliper 201 on the frontward facing side or end of brake disc 202 may require a wiper or housing to prevent mud and debris from tire 22 from piling up on caliper 200.

Referring now to FIGS. 25 and 26, an elevated perspective view and a rear profile view of engine cover 19 of ATV 10 is shown. Modular engine assembly 34 includes engine cooling intake 220 and clutch cooling intake 218. Intakes 218 and 220 extend upward through opening 216 in engine cover 19 and direct cooling air to clutch housing 135 and engine 133. Clutch housing 135 protects a clutch mechanism adapted to transmit power from engine 133 to transmission 136. Intakes 218 and 220 are positioned between driver and passenger upper seating surfaces 18 to collect air passing between upper seating surfaces 18a and 18b when ATV is driven in the forward direction. As ATV 10 increases in speed, more air passes between upper seating surfaces 18a and 18b and is collected by intakes 218 and 220.

Referring now to FIG. 27, a partial perspective view of the driver's side of cab 17 of ATV 10 is shown. As described above, cab 17 includes upper seating surface 18, lower seating surface 20, steering wheel 28 and front console 31. In this illustrative embodiment, accelerator 226 and brake pedal 224 are positioned in footwell 40 of cab 17.

Referring now to FIG. 28, an exploded view of a steering assembly that may be used on an ATV such as ATV 10 is shown. In this illustrative embodiment, steering wheel 28 may be tilted by pivoting about a pivot axis 227, as shown in FIG. 29. Illustratively, steering wheel 28 may be infinitely adjusted, i.e. in a continuous manner, throughout a predefined angular range of motion α. In the illustrated embodiment, α is defined to be approximately 42 degrees. In a further illustrative embodiment, steering wheel 28 may be adjusted telescopically in a direction along a longitudinal axis 228.

Steering wheel 28 is coupled to rod 234 which extends through tilt bracket 30. Rod 234 is connected to coupler 242 which translates rotation of steering wheel 28 and rod 234 to universal joint 244. Universal joint 244 is coupled to an upper end of steering shaft 246. The lower end of steering shaft 246 is coupled to universal joint 248 which translates the rotation of steering shaft 246 to a front gearbox assembly 247 and steering arms 208 (FIG. 22) to turn front wheels 24. Tilt bracket 30 is pivotally coupled to bracket 250 by a fastener assembly 235, defining pivot axis 227. Fastener assembly 235 may include conventional bolts 235a, washers 235b, and nuts 235c. Bracket 250 includes lower arm 232. Lower end or mount 240 of adjustment device 230 is coupled to arm 232 of bracket 250. Upper end or mount 238 of adjustment device 230 is coupled to tabs 236 of tilt bracket 30. When steering wheel 28 is tilted upward, adjustment device 230 is extended and tilt bracket 30 is rotated upward. Conversely, when steering wheel 28 is tilted downward, adjustment device 230 is retracted and tilt bracket 30 is rotated downward.

In the illustrated embodiment, adjustment device 230 comprises a gas spring having a cylinder 252 and a movable piston rod 254. A lever 256 is operably coupled to the piston rod 254 and is configured to selectively block fluid flow within the cylinder 252. In operation, the lever 256 is in a rest position when it blocks fluid flow and locks the rod 254, and hence steering wheel 28, in position. Activation of the lever 256 permits fluid flow within the cylinder 252 and thus adjustment of the rod 254, and steering wheel 28. In one illustrative embodiment, adjustment device 230 comprises a Bloc-O-Lift® gas spring available from Stabilus.

Referring now to FIG. 30, an adjustable grab bar for a passenger riding in ATV 10 is shown. Adjustable grab bar 190, also shown in FIGS. 22 and 23, is positioned in front dash panel 195 of ATV 10 and extends rearward toward a passenger seated in cab 17. Adjustable grab bar 190 includes handle portion 192, tubes 193 and 194, and locking mechanism 196. The passenger may telescopically adjust the position of handle portion 192. Tube 193 may be extended out of and retracted within tube 194 to allow the passenger to adjust the position of handle portion 192 during ingress or egress from cab 17 of ATV 10. Locking mechanism 196 secures tube 193 and handle portion 192 in the desired position.

While this invention has been described as having an exemplary design, the present invention may be further modified within the spirit and scope of this disclosure. This application is therefore intended to cover any variations, uses, or adaptations of the invention using its general principles. Further, this application is intended to cover such departures from the present disclosure as come within known or customary practice in the art to which this invention pertains.

US 7,819,220 B2

**11**

What is claimed is:

1. An all-terrain vehicle including:

a frame, comprising a front frame portion, a mid frame portion and a rear frame portion;

a front suspension supported by the front frame portion;

at least two front wheels coupled to the front suspension;

a front differential supported by the front frame portion and drivingly coupled to the front wheels;

a seating area supported by the mid frame portion, comprising side by side bucket seats having a seat back and a seat bottom;

an engine supported by the rear frame portion, the engine positioned rearwardly of the seating area, and each seat bottom has a seating surface with a low point of the seating surface being below a top of the engine, the spaced-apart seating surfaces including a driver seating surface and a passenger seating surface;

a transmission coupled to the engine;

a rear suspension supported by the rear frame portion;

at least two rear wheels coupled to the rear suspension;

a rear differential supported by the rear frame portion and drivingly coupled to the rear wheels;

a front drive shaft extending between the transmission and the front differential for coupling the transmission to the front wheels;

a rear drive shaft extending between the transmission and the rear differential for coupling the transmission to the rear wheels;

a protective panel positioned between the pair of laterally spaced-apart seating surfaces and the engine wherein the front driveshaft extends under the protective panel; and

a fuel tank being positioned below one of the seating surfaces.

**12**

2. The all-terrain vehicle of claim **1**, further comprising a transmission shift lever extending through a floor board and positioned between the seat bottoms.

3. The all-terrain vehicle of claim **1**, wherein the rear frame portion comprises a lower rear frame portion and an upper rear frame portion.

4. The all-terrain vehicle of claim **3**, wherein the lower rear frame portion is comprised of lower cross members.

5. The all-terrain vehicle of claim **3**, wherein the upper rear frame portion is comprised of at least one cross member.

6. The all-terrain vehicle of claim **3**, wherein the upper rear frame portion at least partially extends over at least one of the engine or transmission.

7. The all-terrain vehicle of claim **3**, wherein the upper rear frame portion further comprises a rear brace positioned over the engine and transmission.

8. The all-terrain vehicle of claim **7**, wherein the rear brace is coupled to the frame rear portion.

9. The all-terrain vehicle of claim **3**, wherein an engine cover is positioned over and is supported by the upper rear frame portion.

10. The all-terrain vehicle of claim **1**, further comprising an outer body panel supported by the frame.

11. The all-terrain vehicle of claim **10**, wherein the outer body panel comprises a front body panel and a hood.

12. The all-terrain vehicle of claim **11**, further comprising a front storage area positioned under the hood.

13. The all-terrain vehicle of claim **1**, further comprising a battery positioned below the other of the seating surfaces.

14. The all-terrain vehicle of claim **13**, wherein the driveshaft extends laterally between the fuel tank and the battery.

*    *    *    *    *