# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Polaris Industries Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Joan N. Ericksen |
| | U.S. Judge |
| v. | |
| CFMOTO Powersports, Inc., | Case No: 10cv4362 (JNE/AJB) |
| | Date: April 7, 2011 |
| | Deputy: Sheri L. Frette |
| Defendant. | Court Reporter: Maria Weinbeck |
| | Time Commenced: 3:03 p.m. |
| | Time Concluded: 3:55 p.m. |
| | Time in Court: 0 Hours & 52 Minutes |

Hearing on:  **Defendant's Motion to Dismiss [#46] argued and taken under advisement.  Plaintiff is granted leave to file an amended complaint.**

APPEARANCES:

    Plaintiff:    Anthony R. Zeuli
    Defendant:    Boris Parker/Jeffrey D. Shewchuk/Jon L. Farnsworth

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**IT IS ORDERED:

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☐ Written order forthcoming.

                                                s/Sheri L. Frette
                                                      Calendar Clerk